UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California Corporatoin,

        Plaintiff,

  v.

TIM VANDELUYSTER,

        Defendant.
_____/

No. CIV-S-03-2501 MCE/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 14, 2005.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: April 28, 2005

_____
MORRISON ENGLAND, JR.
UNITED STATES DISTRICT JUDGE