| | |
|---|---|
| 1 | Alan J. Kessel (Cal. Bar No.: 130707) |
| 2 | Keli N. Osaki (Cal. Bar No.: 179920) |
|   | Sandeep J. Shah (Cal. Bar No.: 210449) |
|   | **BUCHALTER, NEMER, FIELDS & YOUNGER** |
| 3 | A Professional Corporation |
|   | 18400 Von Karman Avenue, Suite 800 |
| 4 | Irvine, California 92612-0514 |
|   | Telephone: (949) 760-1121 |
| 5 | Facsimile: (949) 720-0182 |
|   | Email: sshah@buchalter.com |
| 6 | Attorneys for Plaintiff DIRECTV, INC. |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CIV-S-03-2501 MCE KJM |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT TIM VANDELUYSTER** |
| TOWNSEND, et al., | |
| Defendants. | |

Having read the Stipulation for Voluntary Dismissal of Defendant TIM VANDELUYSTER filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant TIM VANDELUYSTER;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

///

///

///

1      3.     As Defendant TIM VANDELUYSTER is the last remaining active Defendant in
2  this action, this entire action as to all remaining claims is hereby terminated in full.

4  DATED:  May 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-